UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES R. DUNCAN,

                              Plaintiff,

                                                                           DECISION AND ORDER

                                                                           16-CV-6328L

                              v.

JAMES E. CROWELL, et al.,

                              Defendants.
_____

      United States Magistrate Judge Marian W. Payson filed a Decision and Order and Report and Recommendation (Dkt. #14). The Report and Recommendation recommended denying plaintiff's motion for a ruling in his favor as premature. No objection to that Report and Recommendation has been filed. Therefore, the Court adopts the Magistrate Judge's Report and Recommendation and denies plaintiff's motion (Dkt. #12).

      IT IS SO ORDERED.

                                                  _____
                                                       DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
       December 22, 2016.